LADELL D. MADLOCK,

        Plaintiff,

    v.                                Case No. 25-CV-1482

CHRISTINA STEVENS,

        Defendant.

## ORDER

Plaintiff Ladell D. Madlock is currently incarcerated at the Wisconsin Secure Program Facility and representing himself in this 42 U.S.C. § 1983 case. He is proceeding on an Eighth Amendment excessive force claim against Defendant Psychiatric Care Technician Christina Stevens. This matter comes before the Court on Plaintiff's motion to compel. The Court will deny Plaintiff's motion to compel because it does not comply with the Court's local rules.

Civil Local Rule 37 requires that all motions to compel include "a written certification by the movant that, after the movant in good faith has conferred or attempted to confer with the person or party failing to make disclosure or discovery in an effort to obtain it without court action, the parties are unable to reach an accord." In other words, before filing a motion to compel, a party needs to first discuss the dispute with the opposing party's lawyer. And, if they cannot work out the dispute and a party files a motion to compel, the party must include a certification in his motion that he first tried to resolve the dispute with the opposing party's lawyer.

Plaintiff asserts that he served discovery requests on Defendant in March 2026. The Court's scheduling order clarifies that the parties' time to respond to discovery requests is sixty

days after service.  (ECF No. 17 at 1.)  Plaintiff states that he sent Defendant's counsel a letter inquiring about the outstanding discovery on April 20, 2026, weeks before Defendant's responses to his discovery requests were due.  Plaintiff's motion suggests that he asked the Court to get involved in the discovery dispute before attempting to informally resolve his dispute with Defendant's counsel *after* the discovery responses were due.  Accordingly, the Court will deny the motion to compel to allow Plaintiff and Defendant's counsel the opportunity to resolve this issue without the Court's involvement.

**IT IS THEREFORE ORDERED** that Plaintiff's motion to compel (ECF No. 20) is **DENIED without prejudice**.

Dated at Green Bay, Wisconsin on June 4, 2026.

s/ *Byron B. Conway*
BYRON B. CONWAY
United States District Judge

2